JOSEPH BURKHARDT, as Administrator of the Estate of ANNA BURKHARDT, Deceased, Appellant, *v.* ACKER, MERRALL & CONDIT COMPANY et al., Respondents.

*Burkhardt v. Acker, Merrall & Condit Co.*, 178 App. Div. 913, appeal dismissed.

(Argued February 24, 1919; decided March 4, 1919.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered August 23, 1917, unanimously affirming a judgment in favor of plaintiff, entered upon a verdict, as to the defendant Acker, Merrall & Condit Company, and reversing the said judgment and dismissing the complaint as to the other defendant. The appeal was taken from so much of the judgment as reversed the judgment against the Forty-second Street, Manhattanville and St. Nicholas Avenue Railway Company and dismissed the complaint as to it.

The motion was made by defendant Forty-second Street, Manhattanville and St. Nicholas Avenue Railway

Company upon the ground that the plaintiff has been paid the full amount of his judgment and, therefore, had no further interest in the controversy.

*William R. P. Malony* for motion.

*Walter G. Evans* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.